# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Christine Baker, ) | **JUDGMENT OF DISMISSAL** |
| ) | **IN A CIVIL CASE** |
| Plaintiff, ) | |
| ) | CV 10-8038 PCT-NVW |
| v. ) | |
| ) | |
| Trans Union LLC; Trans Union Interactive ) | |
| Inc.; Verifacts Inc.; Stacy Aull; and Jane ) | |
| Doe, ) | |
| | |
| Defendant(s). | |

___ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ Decision by Court. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order dated May 25, 2010, judgment is entered against plaintiff. Plaintiff to take nothing, and complaint and action are dismissed with prejudice.

RICHARD H. WEARE
District Court Executive/Clerk

June 9, 2010

s/ Linda S Patton
By: Deputy Clerk

cc: (all counsel)